FILED
CLERK, U.S. DISTRICT COURT

Dec 18, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW & CM REAL ESTATE HOLDINGS, LLC,<br><br>PLAINTIFF,<br>v.<br>ANDERIA MEDLOCK, et al.,<br>DEFENDANTS. | Case No. CV 15-9117 SVW (SSx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

Defendant Anderia Medlock, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1     Simply stated, this action could not have been originally
2 filed in federal court because the complaint does not competently
3 allege facts supporting either diversity or federal-question
4 jurisdiction, and therefore removal is improper. 28 U.S.C.
5 § 1441(a), see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545
6 U.S. 546, 563 (2005).

7

8     Accordingly, IT IS ORDERED that (1) this matter be REMANDED
9 to the Superior Court of California, County Of Los Angeles, 275
10 Magnolia Avenue, Long Beach, CA 90802, for lack of subject matter
11 jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk
12 send a certified copy of this Order to the state court; and
13 (3) that the Clerk serve copies of this Order on the parties.
14
15     IT IS SO ORDERED.
16
17 DATED:   December 18, 2015
18                                          STEPHEN V. WILSON
19                                          UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28